# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| MONTRAY LITTLE and<br>JARED CLINTON,<br><br>          Plaintiffs,<br>     v.<br><br>KYLE THIES, NATALIE HEINEMAN,<br>DANA WINGERT and<br>CITY OF DES MOINES, IOWA,<br><br>          Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL NO. 4:18-cv-00338-RGE-SBJ<br><br><br><br>**SCHEDULING AND<br>TRIAL SETTING ORDER** |

A telephonic scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on December 6, 2018. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 4), it is hereby ordered:

1. A Jury Trial shall be scheduled to begin on March 30, 2020, at 9:00 a.m., before United States District Judge Rebecca Goodgame Ebinger, in the United States Courthouse in Des Moines, Iowa. The parties estimate trial will take 8 days.

2. A Final Pretrial Conference shall be held on March 11, 2020, at 9:30 a.m., in the United States Courthouse in Des Moines, Iowa, before United States District Judge Rebecca Goodgame Ebinger.

3. The parties shall exchange initial disclosures by December 17, 2018.

4. Motions to add parties shall be filed by January 16, 2019.

5. Motions for leave to amend pleadings shall be filed by January 16, 2019.

6. Plaintiffs shall designate expert witnesses and disclose their written reports by March 11, 2019.

7. Defendants shall designate expert witnesses and disclose their written reports by May 13, 2019.

8. Plaintiffs shall designate rebuttal expert witnesses and disclose their written reports by June 17, 2019.

9. Discovery shall be completed by July 15, 2019. Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by August 16, 2019.

IT IS SO ORDERED.

Dated December 7, 2018.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE