**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **MONTRAY LITTLE and JARED CLINTON,**<br><br>    Plaintiffs,<br><br>vs.<br><br>**KYLE THIES, individually and in his official capacity as a law enforcement officer for the Des Moines, Iowa Police Department; NATALIE HEINEMANN, individually and in her official capacity as a law enforcement officer for the Des Moines, Iowa Police Department; DANA WINGERT, individually and in his official capacity as Chief of Police for the Des Moines, Iowa Police Department; CITY OF DES MOINES, IOWA,**<br><br>    Defendants. | Case No. 4-18-cv-00338<br><br><br><br>**NOTICE RE: COURT'S MARCH 20, 2019 ORDER** |

**COME NOW** the undersigned attorney, Gina Messamer, and hereby provides notice to the Court that a copy of the Court's March 20, 2019 Order was provided to Montray Little on March 21, 2019 via email to montraylittle@gmail.com and Facebook messenger.

**PARRISH KRUIDENIER DUNN BOLES GRIBBLE GENTRY BROWN & BERGMANN, L.L.P.**

By: ___/s/ Gina Messamer___
    Gina Messamer          AT0011823
    2910 Grand Avenue
    Des Moines, Iowa 50312
    Telephone: (515) 284-5737
    Facsimile: (515) 284-1704
    Email: gmessamer@parrishlaw.com
    **ATTORNEY FOR PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 25 copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

John O. Haraldson
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, Iowa 50309-1891
Telephone: 515-283-4547
Fax: 515-237-1748
E-Mail: JOHaraldson@dmgov.org
**ATTORNEY FOR DEFENDANTS HEINEMANN, WINGERT, AND CITY OF DES MOINES**

Gregory R. Brown
Joseph G. Gamble
Duncan, Green, Brown & Langeness
400 Locust Street, Suite 380
Des Moines, Iowa 50309-2331
Telephone: (515)288-6440
Fax: (515)288-6448
E-Mail: gsbrown@duncangreelaw.com
E-Mail: jgamble@duncangreenlaw.com
**ATTORNEYS FOR DEFENDANT THIES**

Montray Little
E-Mail: montraylittle@gmail.com

/s/ *Anita Soderblom*