# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **MONTRAY LITTLE and JARED CLINTON,**<br><br>　　Plaintiffs,<br><br>vs.<br><br>**KYLE THIES**, individually and in his official capacity as a law enforcement officer for the Des Moines, Iowa Police Department; **NATALIE HEINEMANN**, individually and in her official capacity as a law enforcement officer for the Des Moines, Iowa Police Department; **DANA WINGERT**, individually and in his official capacity as Chief of Police for the Des Moines, Iowa Police Department; **CITY OF DES MOINES, IOWA,**<br><br>　　Defendants. | **Case No. 4-18-cv-00338**<br><br><br>**VOLUNTARY AND STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

## PLAINTIFFS' DISMISSAL

**COME NOW**, the Plaintiffs, Montray Little and Jared Clinton, by and through their undersigned counsel, and hereby voluntarily dismiss the above-captioned matter with prejudice against all named Defendants without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

　　　　　　　　　　　　　　　　**PARRISH KRUIDENIER DUNN BOLES GRIBBLE GENTRY BROWN & BERGMANN, L.L.P.**

　　　　　　　　　　　　　　　　By: */s/ Gina Messamer*
　　　　　　　　　　　　　　　　　　Gina Messamer　　　　AT0011823
　　　　　　　　　　　　　　　　　　2910 Grand Avenue
　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50312
　　　　　　　　　　　　　　　　　　Telephone: (515) 284-5737
　　　　　　　　　　　　　　　　　　Facsimile: (515) 284-1704
　　　　　　　　　　　　　　　　　　Email: gmessamer@parrishlaw.com
　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFFS**

## DEFENDANTS' STIPULATION

**COME NOW**, the Defendants, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

By: */s/ John Haraldson*
John O. Haraldson  AT0003231
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, Iowa 50309-1891
Telephone: 515-283-4547
Fax: 515-237-1748
E-Mail: JOHaraldson@dmgov.org
**ATTORNEY FOR DEFENDANTS
HEINEMANN, WINGERT, AND
CITY OF DES MOINES**

By: */s/ Gregory Brown*
Gregory R. Brown  AT0001223
Duncan, Green, Brown & Langeness
400 Locust Street, Suite 380
Des Moines, Iowa 50309-2331
Telephone: (515)288-6440
Fax: (515)288-6448
E-Mail: gsbrown@duncangreelaw.com
**ATTORNEY FOR DEFENDANT THIES**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

John O. Haraldson
Assistant City Attorney
City Hall, 400 Robert D. Ray Dr.
Des Moines, Iowa 50309-1891
Telephone: 515-283-4547
Fax: 515-237-1748
E-Mail: JOHaraldson@dmgov.org
**ATTORNEY FOR DEFENDANTS HEINEMANN,
WINGERT, AND CITY OF DES MOINES**

3

Gregory R. Brown
Joseph G. Gamble
Duncan, Green, Brown & Langeness
400 Locust Street, Suite 380
Des Moines, Iowa 50309-2331
Telephone: (515)288-6440
Fax: (515)288-6448
E-Mail: gsbrown@duncangreelaw.com
E-Mail: jgamble@duncangreenlaw.com
**ATTORNEYS FOR DEFENDANT THIES**

Montray Little
E-Mail: montraylittle@gmail.com

/s/ *Gina Messamer*